**2002–0040.  Ross v. Kinkela.**
Cuyahoga App. No. 79411, 2001-Ohio-4256. Reported at 94 Ohio St.3d 1507, 764 N.E.2d 1037. On motion for reconsideration. Motion denied.

Pfeifer, J., dissents.

**2002–0077.  State v. Wright.**
Washington App. No. 00CA39, 2001-Ohio-2473. Reported at 94 Ohio St.3d 1508, 764 N.E.2d 1037. On motion for reconsideration. Motion denied.

Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

**2002–0096.  State v. Noser.**
Lucas App. No. L–00–1154. Reported at 94 Ohio St.3d 1508, 764 N.E.2d 1037. On motion for reconsideration. Motion granted and appeal allowed on Proposition of Law No. I; sua sponte, cause held for the decision in 2002–0201, *State v. Fisher*, Franklin App. No. 01AP–614, 2001-Ohio-8772; cause consolidated with 2002–0020, *State v. Noser*, Lucas App. No. L–00–1154; briefing schedule stayed.

Moyer, C.J., F.E. Sweeney and Lundberg Stratton, JJ., concur but would allow all propositions of law.

Resnick, Pfeifer and Cook, JJ., dissent.

**2002–0126.  Canterbury v. Skulina.**
Portage App. No. 2000–P–0060, 2001-Ohio-8768. Reported at 94 Ohio St.3d 1508, 764 N.E.2d 1037. On motion for reconsideration. Motion denied.

Lundberg Stratton, J., dissents.